Dora V. Lane, Esq.
Nevada Bar No. 8424
dlane@hollandhart.com
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
(702) 669-4600
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICK WOOLWORTH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRAILBOSS ENTERPRISES, INC., a corporation DOES 1-10; and ROE Corporations 11-20, inclusive,<br><br>Defendant. | CASE NO.:   2:15-cv-01916<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Rick Woolworth and Defendant Trailboss Enterprises, Inc., by and through their respective attorneys of record, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-entitled action shall be dismissed, with prejudice.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
///
///

Each party shall bear his or its own attorneys' fees and costs, and no party claims to be a prevailing party with respect to the action.

Dated: This 8th day of March, 2016.                    Dated: This 8th day of March, 2016.

By:   /s/ Dora V. Lane                       By:   /s/ Christian Gabroy
     Dora V. Lane, Esq.                            Christian Gabroy, Esq.
     Holland & Hart LLP                         Ivy Hensel, Esq.
     9555 Hillwood Drive, Second Floor      Gabroy Law Offices
     Las Vegas, Nevada 89134               170 S. Green Valley Parkway, Suite 280
     *Attorneys for Defendant*                 Henderson, Nevada 89012
                                                          *Attorneys for Plaintiff*

**IT IS SO ORDERED**:

Dated: March 10, 2016, 2016.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

8545257_1